**SO ORDERED.**

**SIGNED this 19 day of January, 2023.**



_Austin E. Carter_
**Austin E. Carter**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE |
| | : | |
| CPJ CUSTOM HOMES, LLC | : | NO. 21-40364-AEC |
| | : | |
| Debtor | : | CHAPTER 7 Proceeding |

**ORDER APPROVING TRUSTEE'S SALE OF PROPERTY UNDER 11 U.S.C. §363(b)
SUBJECT TO LIENS AND OTHER CLAIMS**

The Trustee, Walter W. Kelley filed a motion to sell CPJ Custom Homes, LLC ("Debtor") interest in various items in Debtor's storage unit as listed in the Trustee's motion, subject to liens and other claims. Notice of the motion was given to the Debtor, creditors and other parties interested in this case. No objections were filed. For good cause shown, it is

**ORDERED** that the Trustee is authorized to sell the Debtor's interest in the above-described property subject to liens and other claims to the highest and best offer by private sale or auction under the terms of the Wiregrass Auction Group, Inc. listing/sale agreement. It is further

**ORDERED** that the Trustee may pay from the sale proceeds the court-approved auctioneer's fee, auctioneer's expenses, usual and customary closing costs.

**END OF DOCUMENT**

**THIS DOCUMENT PREPARED BY:**
Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

United States Bankruptcy Court

Middle District of Georgia

In re:  Case No. 21-40364-AEC

CPJ Custom Homes, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-4      User: auto      Page 1 of 2

Date Rcvd: Jan 20, 2023      Form ID: pdfntc      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | CPJ Custom Homes, LLC, 8188 Frank Houser Avenue, Columbus, GA 31909-2582 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony D. Lehman | on behalf of Creditor Keystone Concrete Foundations Inc. alehman@hlpwlaw.com, dripley@hpwlegal.com |
| Cory C. Close | on behalf of Creditor Brand-Vaughan Lumber Company Inc. cclose@buschreed.com |
| David L. Bury, Jr. | on behalf of Debtor CPJ Custom Homes LLC dbury@stoneandbaxter.com, lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com;bcopeland@stoneandbaxter.com |
| Fife M. Whiteside | on behalf of Attorney Fife M. Whiteside whitesidef@mindspring.com paralegal2.fmwlaw@earthlink.net |
| Fife M. Whiteside | |

Case 21-40364-AEC    Doc 105    Filed 01/22/23    Entered 01/23/23 00:26:09    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 113G-4 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: pdfntc | Total Noticed: 1 |

| | |
|---|---|
| Fife M. Whiteside | on behalf of Creditor Matthew & Allison Tucker whitesidef@mindspring.com paralegal2.fmwlaw@earthlink.net |
| Fife M. Whiteside | on behalf of Creditor Christopher/Shirley Beck whitesidef@mindspring.com paralegal2.fmwlaw@earthlink.net |
| Fife M. Whiteside | on behalf of Creditor Chris & Rachel Heinsen whitesidef@mindspring.com paralegal2.fmwlaw@earthlink.net |
| Fife M. Whiteside | on behalf of Creditor Kenneth & Sharon Grady whitesidef@mindspring.com paralegal2.fmwlaw@earthlink.net |
| Joseph W. Dent | on behalf of Creditor ACME Brick Tile & Stone LLC joe@joedentlaw.com, maria@joedentlaw.com |
| Kelly E. Waits | on behalf of Creditor Southern States Bank kwaits@burr.com ayarborough@burr.com;aphillips@burr.com |
| Matthew E Donahue | on behalf of Creditor Argos USA LLC mdonahue@buschreed.com |
| Matthew E Donahue | on behalf of Creditor Brand-Vaughan Lumber Company Inc. mdonahue@buschreed.com |
| Patrick Nicholas Silloway | on behalf of Creditor Ferguson Enterprises LLC psilloway@balch.com |
| Richard E. Flowers | on behalf of Creditor Valley Fir & Redwood Company Inc. richard@rick-law.com, jhardy@rick-law.com;mcarter@rick-law.com |
| Richard E. Flowers | on behalf of Attorney Richard E Flowers richard@rick-law.com jhardy@rick-law.com;mcarter@rick-law.com |
| Robert R Lomax | on behalf of Creditor RISING CROSS LLC dfowler@thelomaxfirm.com, rlomax@thelomaxfirm.com |
| Thomas D. Lovett | on behalf of Trustee Walter W Kelley tlovett@kelleylovett.com gfricks@kelleylovett.com;thomas.lovett@kelleylovett.com;val-ecf-notices@kelleylovett.com;r62277@notify.bestcase.com;jfreeman@kelleylovett.com |
| Thomas Dozier Lovett, III | on behalf of Attorney Kelley Lovett, Blakey & Sanders, P.C. thomas.lovett@kelleylovett.com, tlovett@kelleylovett.com;gfricks@kelleylovett.com;val-ecf-notices@kelleylovett.com;r62277@notify.bestcase.com;jfreeman@kelleylovett.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Walter W Kelley | trustee@kelleylovett.com GA55@ecfcbis.com;walter@ecf.inforuptcy.com;wwk@trustesolutions.net |
| Walter W Kelley | on behalf of Trustee Walter W Kelley trustee@kelleylovett.com GA55@ecfcbis.com;walter@ecf.inforuptcy.com;wwk@trustesolutions.net |

TOTAL: 21